# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>CHARLES KANIEL PINEDA,<br><br>        Defendant. | )<br>) Case No. 1:15-mj-00005-SKO<br>)<br>) **DEFENDANT'S STATUS REPORT ON**<br>) **UNSUPERVISED PROBATION**<br>)<br>)<br>)<br>)<br>) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

    **Convicted of:**    Threatening, Resisting, Intimidating, or Intentionally Interfering with a Government Employee or Agent Engaged in an Official Duty, in violation of 36 C.F.R. § 2.32(a)(1)

    **Sentence Date:**    January 12, 2015

    **Review Hearing Date:**    May 7, 2015

    **Probation Expires On:**    July 10, 2015

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $10.00, which Total Amount is made up of a Fine: $ 0.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☐     Payment schedule of $    per month by the    of each month.

☒     **Community Service hours Imposed of:** 10 hours

☐     **Other Conditions:**

## *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described above.

    **Otherwise:**

☐     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐     To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
        Amount:

☐     To date, Defendant has performed Click here to enter text. hours of community service.

☐    Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney: Kenneth Jenq

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 5/7/2015 at 10:00 a.m.

    ☐    be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒    be vacated.

☒    Defendant's term of probation be terminated, as requested in the accompanying Motion for Termination of Probation

DATED: 4/14/2015

*/s/ Erin Snider*
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the Review Hearing be vacated.

☐    DENIED.

DATED: **Apr 14, 2015**

**STANLEY A. BOONE**
United States Magistrate Judge