HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHARLES KANIEL PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES KANIEL PINEDA,<br><br>        Defendant. | Case No. 1:15-mj-00005-SAB<br><br>MOTION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(c) and ORDER |

Defendant Charles Kaniel Pineda, by and through his counsel of record, Assistant Federal Defender Erin Snider, hereby moves for early termination of his term of unsupervised probation pursuant to 18 U.S.C. § 3564(c).  The government does not object to early termination of Mr. Pineda's term of unsupervised probation.

On January 12, 2015, Mr. Pineda pled guilty to threatening, resisting, intimidating, or intentionally interfering with a government employee or agent engaged in an official duty, a violation of 36 C.F.R. § 2.32(a)(1).  *See* Judgment, Docket No. 6, at 1.  That same date, the Court sentenced Mr. Pineda to serve two days in custody, with credit for time served.  *Id.* at 2.  The Court also placed Mr. Pineda on six months of unsupervised probation, to expire on July 10, 2015.  *Id.*  As conditions of his probation, the Court ordered Mr. Pineda to pay a special assessment of $10.00 and complete 10 hours of community service.  *Id.* at 3.  The Court scheduled a review hearing for May 7, 2015.

Mr. Pineda now requests that the Court terminate his term of unsupervised probation, as early termination of Mr. Pineda's term of unsupervised release is "warranted by the conduct of [Mr. Pineda] and the interest of justice." 18 U.S.C. § 3564(c). Mr. Pineda is very young. He is currently attending college and working toward a degree in biochemistry. In addition to going to school, he works part-time at a restaurant. Other than the instant offense, he has no criminal history. Mr. Pineda completed his community service and paid his special assessment in less than three months. Under the circumstances, there is no need for Mr. Pineda to remain on unsupervised probation until July 10, 2015.

WHEREFORE, Mr. Pineda requests that the Court terminate his term of unsupervised probation pursuant to 18 U.S.C. § 3564(c).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 14, 2015         */s/ Erin Snider*
                              ERIN SNIDER
                              Assistant Federal Defender
                              Attorney for Defendant
                              CHARLES KANIEL PINEDA

**O R D E R**

Pursuant to Mr. Pineda's request for early termination of his term of unsupervised probation, the Court hereby terminates Mr. Pineda's term of unsupervised probation pursuant to 18 U.S.C. § 3564(c). Mr. Pineda's term of unsupervised probation is terminated as of the date of this order.

IT IS SO ORDERED.

Dated:   **April 28, 2015**

UNITED STATES MAGISTRATE JUDGE